GLENN-ROBINSON v. ACKER

No. 16P01

Case below: 140 N.C. App. 606

Motion by the plaintiff to dismiss the appeal for lack of substantial constitutional question allowed 5 April 2001. Petition by defendant (Acker) for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001.

GOODWIN v. SCHNEIDER NAT'L, INC.

No. 181P99

Case below: 132 N.C. App. 585

Third motion by plaintiffs to reconsider denial of petition for discretionary review dismissed 1 February 2001.

GROVES v. TRAVELERS INS. CO.

No. 468A00

Case below: 139 N.C. App. 795

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 1 February 2001. Motion by defendant to dismiss petition for discretionary review dismissed as moot 1 February 2001. Justice Edmunds recused.

HANSEN v. CRYSTAL FORD-MERCURY, INC.

No. 403P00

Case below: 138 N.C. App. 369

Joint motion by plaintiff and defendants for reconsideration of petition for discretionary review denied 1 February 2001.